COOPER, WHITE & COOPER LLP
EDWARD L. SEIDEL (SBN 200865)
  eseidel@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for ETCH-TEK, INC., a dissolved California corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GP VINCENT II, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>MAYHEW CENTER, LLC; MAYHEW REALTY, LP; CURT A. BLOMSTRAND; WALTER P. McENERNEY; ESTATE OF LOUIS L. ROZENFELD, DECEASED; MAYHEW CENTRE INVESTORS, LP; DIANE DUNIVAN; CLIFFORD N. TSCHETTER, individually and as trustee of the Clifford Tschetter Living Trust; ESTATE OF ROBERT J. GRIMES, DECEASED; BETTY ANNE GORDON, as trustee of the Gordon Family Irrevocable Trust dated November 14, 1985; ESTATE OF EDGAR L. BEARD, DECEASED; ESTATE OF NORMA G. BEARD, DECEASED; ETCHTEK, INC., a dissolved California corporation; EMRISE ELECTRONICS CORPORATION f/k/a XIT CORPORATION, a New Jersey corporation, as successor in interest to ETCH-TEK, INC.; XCEL ARNOLD CIRCUITS, INC. a New Jersey corporation, as successor in interest to ETCH-TEK, INC.; MICROTEL INTERNATIONAL, INC., a Delaware corporation, as successor in interest to ETCH-TEK, INC. and DOES 1 to 50,<br><br>Defendants. | CASE NO. 3:20-CV-00745-VC<br><br>**ORDER DENYING**<br>**STIPULATION [AND ORDER] TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1322526.1                                            1                          Case No. 3:20-CV-00745
STIPULATION [AND ORDER] TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

1  Plaintiff GP VINCENT II, a Delaware limited liability company, and Defendant ETCH-
2  TEK, INC., a dissolved California corporation, by and through their respective counsel of record,
3  hereby stipulate to continue the October 27, 2020 Initial Case Management Conference set in the
4  above-captioned matter at 2:00 p.m. in Courtroom 4, 17th Floor before Judge Vince Chhabria.

5  Good cause exists for this continuance because Plaintiff recently filed a First Amended
6  Complaint, in response to which Etch-Tek, Inc. filed a motion to dismiss, which is set to be heard
7  on November 12, 2020.  As such the pleadings are not settled as between Plaintiff and Etch-Tek,
8  Inc. (as noted in the Court's Order at Docket No. 42).

9  In addition, Plaintiff's First Amended Complaint names sixteen (16) Defendants,
10 including several parties not originally named in the initial Complaint, but to date no party other
11 than Etch-Tek, Inc. has filed any type of responsive pleading.  Good cause therefore exists to
12 continue the initial case management conference to allow for the participation of parties who have
13 not made an appearance to do so.

14 The parties therefore stipulate that case administration would best be served by continuing
15 the initial case management conference and respectfully request that the Court order the case
16 management conference to December 15, 2020 (or another date as selected by the Court
17 thereafter).

19 **SO STIPULATED.**

21 DATED:  October 15, 2020                    COOPER, WHITE & COOPER LLP

23                                              By:   *Edward L. Seidel*
24                                                    Edward L. Seidel
                                                      Attorneys for Defendant ETCH-TEK, INC.

**COOPER, WHITE & COOPER LLP**
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1322526.1                           2                    Case No. 3:20-CV-00745
STIPULATION [AND ORDER] TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

1  DATED: October 15, 2020                    PALADIN LAW GROUP LLP

                                        By:  *Melanie A. Mariotti (by email authorization)*
                                             Melanie A. Mariotti
                                             Attorneys for Plaintiff GP VINCENT II

## ORDER

IT IS HEREBY ORDERED that:

1. The initial case management conference currently set for October 27, 2020 is continued to _____.

2. A joint case management conference statement shall be filed on or before _____.

3. Plaintiff shall provide notice to Defendants of this Order.

DATED: October 22, 2020

_____
Hon. Vince [Chhabria]
Judge of the [United States District Court]
District of Ca[lifornia, Northern]

[STAMP: DENIED — Judge Vince Chhabria — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1322526.1                         3                    Case No. 3:20-CV-00745
STIPULATION [AND ORDER] TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE